# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAFELIX DISHON MILLER

NO. 2023 KW 0867

**NOVEMBER 9, 2023**

---

In Re:    Lafelix Dishon Miller, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR9-114770.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED AS PREMATURE.** This court will not intervene in a proceeding where the applicant has not allowed sufficient time for the trial court to respond.

MRT
AHP
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT